IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02332-DME-MEH

PEOPLE OF THE STATE OF COLORADO,

        Plaintiff,

v.

LORA J. KRISTA,

        Defendant.

## ORDER OF REMAND

This case is before the court on the Notice of Removal filed by Defendant Lora J. Krista on November 6, 2007. The Notice states only that the action is being removed from Douglas County Court pursuant to 28 U.S.C. § 1443(1). The Notice does not include any attachments or additional information regarding the underlying action.

In general, there is a presumption against removal. Laughlin v. Kmart Corp., 50 F.3d 871, 873 (10th Cir. 1995). In addition, the removing party bears the burden of demonstrating the appropriateness of removal to federal court. McNutt v. General Motors Acceptance Corp., 298 U.S. 178, 189 (1936). Defendant's Notice does not comply with the requirements of 28 U.S.C. § 1446(a) & (b) because it fails to include "a short and plain statement of the grounds for removal" as well as copies of all process, pleadings, and orders served on Defendant. 28 U.S.C. § 1446(a). Due to this shortcoming, Defendant has failed to demonstrate that this court has jurisdiction over the matter.

Accordingly, it is ordered:

1. This case shall be REMANDED to the District Court, Douglas County, Colorado.

DATED: January 31, 2008

BY THE COURT:

*s/ David M. Ebel*
_____
David M. Ebel
United States Circuit Judge